**Frederick BANKS, Petitioner-Appellant,**

v.

**Donald J. TRUMP; Ivanka Trump; Jeff Sessions; Steve Bannon; Paul Ryan; Mitch McConnell; Nancy Pelosi; Charles Schumer; Dr. Cahill; Dr. Allissa Marquez; Dr. Logan Graddy; Dr. Heather Ross; Dr. Robert Wettstein; Judge Mark Hornak; Robert Cessar; Adrian Roe; Christopher Asher Wray; Scott Smith; Robert Werner; Sean Langford; Felicia Langford; Joy Flowers Conti; Nora Fischer; Cathy Bissoon; Mike Pompeo; Central Intelligence Agency; Governor of North Carolina; Governor of Pennsylvania; Mike Pence; Supreme Court of the United States; John Roberts; US Marshal Service; United States of America, Respondents-Appellees.**

No. 17-7368

United States Court of Appeals,
Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Frederick Hamilton Banks, Appellant
Pro Se.

Before MOTZ and KEENAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Frederick Banks challenges the district
court's order dismissing—under the Prison
Litigation Reform Act, 28 U.S.C. § 1915
(2012)—what it construed to be an action
under *Bivens v. Six Unknown Fed. Nar-
cotics Agents*, 403 U.S. 388, 91 S.Ct. 1999,
29 L.Ed.2d 619 (1971). The district court
also recognized that to the extent Banks
sought release from custody pursuant to
28 U.S.C. § 2241 (2012), Banks failed to
exhaust his available remedies. Banks
challenges on appeal only the district
court's exhaustion holding, *see* 4th Cir. R.
34(b), which we conclude is correct. Ac-
cordingly, we grant Banks' application to
proceed in forma pauperis and affirm. *See
Banks v. Trump*, No. 5:17-ct-03060-BO
(E.D.N.C. Sept. 27, 2017). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*AFFIRMED*